IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANGELA M. LEE**                                                                        **PLAINTIFF**

v.                                          No. 4:12-cv-210-DPM

**LIMITED BRANDS STORE
OPERATIONS, INC.; and
VICTORIA'S SECRET STORES LLC**                  **DEFENDANTS**

ORDER

Lee did not file an amended complaint or a properly completed *in forma pauperis* application by 31 August 2012 as ordered. *Document No. [12]*. Because Lee has failed to meet this deadline, the Court dismisses her case without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 September 2012