# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ANGELA M. LEE**                                                                              **PLAINTIFF**

v.                                      No. 4:12-cv-210-DPM

**LIMITED BRANDS STORE**
**OPERATIONS, INC.; and**
**VICTORIA'S SECRET STORES LLC**                                                **DEFENDANTS**

## JUDGMENT

Lee's case is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 September 2012